THE HONORABLE JAMAL N WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENDALL SCURRY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WHOLE FOODS MARKET PACIFIC NORTHWEST LLC, and DOES 1-20, inclusive,

Defendants.

Case No. 2:26-cv-01080-JNW

**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING REMAND MOTION**

NOTE ON MOTION CALENDAR:
MAY 18, 2026

Plaintiff Kendall Scurry and Defendant Whole Foods Market Pacific Northwest LLC (collectively, the "Parties"), by and through their respective undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. On April 29, 2026, Plaintiff filed a Motion to Remand (Dkt. No. 6) ("Motion").

2. Under the current briefing schedule, Defendant's response to the Motion is due on May 20, 2026, and Plaintiff's reply is due on May 27, 2026.

3. The Parties have conferred and agree that a brief extension of these deadlines will facilitate full and efficient briefing of the issues raised in the Motion.

JOINT STIPULATION AND ORDER TO
EXTEND DEADLINES - 1
Case No. 2:26-cv-01080-JNW

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

4. The requested extension will not affect any other case deadlines.

5. Accordingly, the Parties stipulate, and request the Court's approval, to:

    a. Extend Defendant's deadline to file its response to the Motion to **May 29, 2026**; and

    b. Extend Plaintiff's deadline to file its reply in support of the Motion to, and renote the Motion for consideration for, **June 12, 2026**.

*IT IS SO STIPULATED.*

Dated this 18th day of May, 2026.

**CROSNER LEGAL, PC**

By: *s/ Matthew Crawford*
Matthew Crawford, WSBA #65147
Jamie K. Serb, WSBA #62065
92 Lenora Street, #179
Seattle, WA 98121
Phone: (866) 276-7637
Email: mcrawford@crosnerlegal.com
    jamie@crosnerlegal.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Brian D. Buckley*
Brian D. Buckley, WSBA #26423
Damon C. Elder, WSBA #46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
    brian.buckley@morganlewis.com

*Attorneys for Defendant*

JOINT STIPULATION AND ORDER TO
EXTEND DEADLINES - 2
Case No. 2:26-cv-01080-JNW

## ORDER

IT IS SO ORDERED.


DATED: May 19, 2026.


_____
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE


*Presented by:*

**CROSNER LEGAL, PC**

By: _s/  Matthew Crawford_
Matthew Crawford, WSBA #65147
Jamie K. Serb, WSBA #62065
92 Lenora Street, #179
Seattle, WA 98121
Phone: (866) 276-7637
Email: mcrawford@crosnerlegal.com
       jamie@crosnerlegal.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: _s/ Brian D. Buckley_
Brian D. Buckley, WSBA #26423
Damon C. Elder, WSBA #46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       brian.buckley@morganlewis.com

*Attorneys for Defendant*

JOINT STIPULATION AND ORDER TO
EXTEND DEADLINES - 3
Case No. 2:26-cv-01080-JNW

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401